PD-1241&1242-15

PDR NOS. _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

IN THE COURT OF
CRIMINAL APPEALS
OF TEXAS

---

HOWARD MARTIN HARRIS, PETITIONER

VS.

THE STATE OF TEXAS

---

FIRST MOTION FOR EXTENSION OF TIME
TO FILE
PETITION FOR DISCRETIONARY REVIEW

---

NOS. 14-14-00391-CR AND 14-14-00392-CR
IN THE COURT OF APPEALS FOR THE
FOURTEENTH DISTRICT OF TEXAS
TRIAL CAUSE NOS. 12CR1863 AND 14CR0154
IN THE 212TH DISTRICT COURT OF
GALVESTON COUNTY, TEXAS

---

HOWARD M. HARRIS, PETITIONER / PRO SE
T.D.C.J. NO. 1940422
815 12TH STREET
HUNTSVILLE, TEXAS 77348

FILED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

# TABLE OF CONTENTS

page

Table of Contents   ——————————————————    2

List of Parties   ——————————————————    3, 4

Petitioner's Motion   ——————————————————    5

Prayer   ——————————————————    7

Certificate of Service   ——————————————————    8

Sworn Declaration   ——————————————————    8

# LIST OF PARTIES

Presiding Judge

Honorable Bret Griffin

Appellant

Howard Martin Harris

Appellee

The State of Texas

Attorney for Appellant
(Trial only)

Ms. Stacy Valdez
711 W. Bay Area Blvd., Ste.600
Houston, Texas 77598

Attorney for Appellant
(Appeal only)

Mr. Joel H. Bennett
Sears & Bennett, LLP
1100 NASA Parkway, Ste.302
Houston, Texas 77058

Attorney for Appellee
(Trial only)

Ms. Candice Freeman
Mr. Paul Love
Galveston County Crim.
District Attorney's Office
600 59TH Street, Ste.1001
Galveston, Texas 77551

3

# LIST OF PARTIES (cont.)

Attorney for Appellee
(Appeal only)

Ms. Rebecca Klaren
Galveston County Criminal
District Attorney's Office
600 59TH Street, Ste.1001
Galveston, Texas 77551

# FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS;

NOW COMES, Howard Harris, Petitioner, pro se and respectfully files this First Motion For Extension Of Time To File Petition For Discretionary Review. In support of this motion Petitioner shows the Court the following:

## I.

Petitioner was convicted in the 212TH District Court of Galveston County, Galveston, Texas of the indicted offenses Aggravated Sexual Assault and Aggravated Kidnapping in Cause Nos. 12-CR-1863 and 14-CR-0154. Petitioner appealed to the 14TH District Court of Appeals, Houston, Texas, in appeal cause Nos. 14-14-00391-CR and 14-14-00392-CR. The Court of Appeals affirmed the conviction in each cause and issued their opinion on August 25TH, 2015. Court appointed counsel for the Petitioner filed a Motion For Rehearing with the 14TH District Court of Appeals. The Motion For Rehearing was denied without opinion September, 10TH 2015.

## II.

The present deadline for filing the Petition For

Discretionary Review is October 10TH 2015. Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts:

1.) Petitioner did not receive notice of the Court of Appeals' decision on the Motion For Rehearing untill September 16,^TH 2015.

2) Court appointed counsel for appeal, Joel H. Bennett has issued notice that he will not be representing Petitioner in the filing of the Petition For Discretionary Review. Thusly, Petitioner must proceed in the appeal process pro se.

3.) Petitioner lacks sufficent knowledge of legal procedures and document formats to meet the current October 10,^TH 2015 deadline to file the Petition For Discretionary Review.

4.) Petitioner has limited access to the Law Library at the TDCJ unit where he is incacerated.

5.) The TDCJ unit where Petitioner is currently incarcerated has a scheduled bi-annual inventory due to take place within the next thirty days, during which time the unit will be on lock-down for a period of 7 to 14 days. Petitioner will not have access to the unit Law Library for the duration of this lock-down.

6

For the foregoing reasons, Petitioner respectfully requests this Honorable Court to extend the deadline for filing the Petition For Discretionary Review in Court of Appeals Cause Nos. 14-14-00391-CR and 14-14-00392-CR by thirty (30) days to November 10th, 2015, in order that Petitioner may have sufficent time to properly format and file the Petition For Discretionary Review.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that the Court of Criminal Appeals grant his First Motion For Extension Of Time To File Petition For Discretionary Review.

Respectfully Submitted,

Howard M. Harris
petitioner, Pro Se

Howard Harris TDCJ No. 1940422
TDCJ / Huntsville Unit
815 12th Street
Huntsville, Texas 77348

7

## CERTIFICATE OF SERVICE

I hereby certify that on September 18TH, 2015, a true and correct copy of Petitioner's First Motion For Extension Of Time To File Petition For Discretionary Review to be filed in the Court Of Criminal Appeals has been forwarded by U.S. Mail, postage prepaid, first class, to Attorney for State, Rebecca Klaren, in care of the Galveston County Criminal District Attorney's Office at 600 59TH Street, Ste. 1001, Galveston, Texas 77551, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 18TH day of September, 2015.

*Howard Harris*
(petitioner, pro se)

## SWORN DECLARATION

I, Howard Harris, TDCJ No. 1940422, being presently incarcerated in the Huntsville Unit of the Texas Department of Criminal Justice - Institutional Division in Walker County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 18TH day of September, 2015.

*Howard Harris* (petitioner/pro se)

Howard Harris
TDCJ # 1940422

8